**Attachment 1** - my letter to Ms. Dunkelberger and Mr. Johnson with a medical record from my Russian OB/GYN that I am in registry for the IVF procedure (on Russian language). I sent this email on May 18, 2017 prior to my departure to Russia.

 Gmail                                                     Tatyana Drevaleva <tdrevaleva@gmail.com>

## выписка из амбулаторной карты

**Tatyana Drevaleva** <tdrevaleva@gmail.com>                             Thu, May 18, 2017 at 9:02 AM
To: "Dunkelberger, Carla" <Carla.Dunkelberger@va.gov>, Footerphil@gmail.com

[Quoted text hidden]

--
Respectfully,
Tanya.

📎 выписка.pdf
   175K

государственное бюджетное
учреждение здравоохранения
Новосибирской области
«Клинический центр охраны
здоровья семьи и репродукции»
**Поликлиническое
отделение**
ул. Киевская, 14
г. Новосибирск

## Выписка из амбулаторной карты

### Древалевой Татьяны Евгеньевны, 13.10.1966 года рождения

Древалева Т.Е. состоит в реестре проведения процедуры ЭКО по территориальной программе ОМС.

Примерные сроки вступления в программу ЭКО с 23.05.2017 до 31.09.2017 года.

Лечащий врач                                                                                    И.Б.Дзуцева

Заведующая п/отделением                                                          М.П.Опарина

17 мая 2017 года