**United States District Court**
For the Northern District of California

1

2

3

4

IN THE UNITED STATES DISTRICT COURT

5

6

FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8

9

TATYANA EVGENIEVNA
DREVALEVA,

10

No. C 18-03748 WHA

Plaintiff,

11

v.

12

**ORDER DENYING MOTION
FOR JUDICIAL RECUSAL
AND REFERRING MOTION
TO DISQUALIFY TO ANOTHER
DISTRICT JUDGE FOR DECISION**

U.S. DEPARTMENT OF
VETERANS AFFAIRS, *et al.*,

13

14

Defendants.

15
_____/

16

    Pursuant to 28 U.S.C. § 144, *pro se* plaintiff Tatyana Evgenievna Drevaleva has filed an

17

affidavit claiming that the undersigned judge "has a bias and prejudice towards the Plaintiff and

18

acts in favor of the opposing Party" (Dkt. No. 102). Section 144 states:

19

20

> Whenever a party to any proceeding in a district court makes and
> files a timely and sufficient affidavit that the judge before whom
> the matter is pending has a personal bias or prejudice either against
> him or in favor of any adverse party, such judge shall proceed no
> further therein, but another judge shall be assigned to hear such
> proceeding.

21

22

23

> The affidavit shall state the facts and the reasons for the belief that
> bias or prejudice exists, and shall be filed not less than ten days
> before the beginning of the term at which the proceeding is to be
> heard, or good cause shall be shown for failure to file it within
> such time. A party may file only one such affidavit in any case. It
> shall be accompanied by a certificate of counsel of record stating
> that it is made in good faith.

24

25

26

    The undersigned judge declines to recuse himself on grounds of bias and remains

27

28

determined to give the *pro se* plaintiff fair hearings and proceedings. The rulings complained

of were decided on their merits, not on account of any bias against plaintiff.  Treating the

motion, in the alternative, as a motion to disqualify the undersigned judge, the motion shall be

randomly assigned to another district judge for decision.  Accordingly, the Clerk shall randomly

reassign the motion to be heard by another district judge.  All pending motions are **STAYED**

pending resolution of the motion (Dkt. No. 86, 96, 99, 124, 126).  The March 21 and April 4

hearings are **VACATED** and may be re-noticed following resolution of the motion for recusal.


     **IT IS SO ORDERED.**


Dated:  February 25, 2019.

                                         _____

                                         WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2