United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS, et al.,<br><br>    Defendants. | Case No. 19-cv-02665-LB<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable William H. Alsup for consideration of whether the case is related to *Drevaleva v. U.S. Department of Veterans Affairs*, No. 3:18-cv-03748-WHA.

**IT IS SO ORDERED.**

Dated: May 21, 2019

_____
LAUREL BEELER
United States Magistrate Judge

ORDER – No. 19-cv-02665-LB