United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TATYANA EVGENIEVNA DREVALEVA,

Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

Case No. 19-cv-01454-KAW

**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Alsup for consideration of whether the case is related to *Drevaleva v. U.S. Department of Veterans Affairs*, Case No. 18-cv-3748-WHA.

**IT IS SO ORDERED.**

Dated: May 30, 2019

KANDIS A. WESTMORE
United States Magistrate Judge