UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 20-cv-00820-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On February 3, 2020, Plaintiff Tatyana E. Drevaleva filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge William H. Alsup to determine whether it is related to *Drevaleva v. U.S. Department of Veterans Affairs*, No. C 18-3748 WHA.

**IT IS SO ORDERED.**

Dated: February 13, 2020

_____
DONNA M. RYU
United States Magistrate Judge