**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 2 0 2021 

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Tatyana E. Drevaleva

Plaintiff(s),

-vs-

1) The U.S. Department of Veterans Affairs

Defendant(s).

2) Mr. Denis Richard McDonough — Secretary of the U.S. Department of Veterans Affairs

Civil No. 1:21-cv-00761-LF

## CONSENT TO PROCEED / REFUSAL TO CONSENT TO PROCEED
## BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with 28 U.S.C. § 636(c) and Rule 73(b) of the Federal Rules of Civil Procedure, the above-entitled action has been assigned to United States Magistrate Judge:

_____

to conduct dispositive proceedings in this case, including motions and trial, entry of final judgment, and all post-judgment proceedings. Exercise of this jurisdiction by a U.S. Magistrate Judge is permitted only if all parties consent. Indicate below if you consent to the assignment or if you refuse to consent:

☐ **Consent**                           ☒ **Refuse**

_____                 _Tatyana Drevaleva_____
Party(s)                                Party(s)

_____                 _____ August 18, 2021
Signature            Date               Signature            Date

**If you are a *pro se* litigant, return this form to the Clerk's Office no later than 21 days after entry of the Order setting the Rule 16 Initial Scheduling Conference.** If you are an attorney/e-filer, please visit our Web site at www.nmd.uscourts.gov for e-filing instructions. If consent by each party is not timely received, the matter will be reassigned to a district judge who will serve as the presiding judge.

DNM (Rev. 03/2015) Consent/Refusal to MJ


