FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 03 2021

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Tatyana Evgenievna Drevaleva

*Plaintiff*

Case No. 1:21-cv-00761-WPJ

v.

1) The U.S. Department of Veterans Affairs

2) Mr. Denis Richard McDonough as a Secretary of

the U.S. Department of Veterans Affairs

*Defendants*

**Notice of Completion, the Civil Local Rules of the U.S. District Court for the District of New Mexico, Rule 7.4(e.)**

The Parties Tatyana Drevaleva and Assistant U.S. Attorney Ms. Christine Lyman met and conferred on August 26, 2021, and the Parties stipulated to a Proposed Order that appoints am Attorney and/or a Counsel to assist Ms. Drevaleva in litigating her lawsuit No. 1:21-cv-00761-WJ-JFR.

Therefore, Ms. Drevaleva's Motion to Appoint an Attorney and/or a Counsel (Doc. No. 463) is ready for a decision.

Date: August 26, 2021

Plaintiff Pro Se. Ms. Tatyana Drevaleva

Signature:     *Tatyana E. Drevaleva*

Date: August 26, 2021

Assistant U.S. Attorney Ms. Adrienne Zack

Sugnature:

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Tatyana Evgenievna Drevaleva

   *Plaintiff*                                                       Case No. 1:21-cv-00761-WPJ

            v.

1) The U.S. Department of Veterans Affairs

2) Mr. Denis Richard McDonough as a Secretary of

   the U.S. Department of Veterans Affairs

   *Defendants*

**Proposed Order.**

      The Parties Tatyana Drevaleva and Assistant U.S. Attorney Ms. Christine Lyman met and conferred on August 26, 2021. Ms. Drevaleva asked the U.S. District Court for the District of New Mexico to appoint an Attorney and/or a Counsel to assist Ms. Drevaleva with litigating her lawsuit No. 1:21-cv-00761-WJ-JFR (Doc. No. 463.) Ms. Lyman did not oppose Ms. Drevaleva's Motion.

      Accordingly, both Parties **consent** to the Order of the U.S. District Court for the District of New Mexico that appoints an Attorney and/or a Counsel to assist Ms. Drevaleva in litigating her lawsuit No. 1:21-cv-00761-WJ-JFR.

Date: August 26, 2021

Plaintiff Pro Se. Ms. Tatyana Drevaleva

Signature: *Tatyana E. Drevaleva*

Date: August 26, 2021

Assistant U.S. Attorney Ms. Christine Lyman

Signature:

## ORDER.

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion for appointment of a Counsel is **GRANTED.**

**IT IS SO ORDERED.**

Date: _____    _____
The Chief District Judge the Honorable William Paul Johnson