| | |
|---|---|
| **From:** | Tatyana Drevaleva |
| **To:** | Lyman, Christine (USANM) |
| **Subject:** | Case No. 1:21-cv-00761-WJ-JFR. |
| **Date:** | Thursday, August 26, 2021 6:19:23 PM |

Ms. Lyman,

My intention for now is to file the Second Motion for Partial Summary Judgment.

Also, my intention is to file a Motion to Amend and Supplement my Complaint No. 1:21-cv-00761-WJ-JFR pursuant to the F.R.C.P. Rule 15.

I will prepare these Motions, and I will email them to you for your review before I file them with the Court. I don't know when I will complete preparing my Motions. It will take a few days.

Please, let me know if you have any questions.

Tatyana.

**Exhibit A**