IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
SEP 07 2021
MITCHELL R. ELFERS
CLERK

Tatyana Evgenievna Drevaleva

*Plaintiff*

Case No. 1:21-cv-00761-WJ

v.

1) The U.S. Department of Veterans Affairs

2) Mr. Denis Richard McDonough as a Secretary of

the U.S. Department of Veterans Affairs

*Defendants*

**Notice of Completion, the Civil Local Rules of the U.S. District Court for the District of New Mexico, Rule 7.4(e.)**

My Motion for an Expedited Jury Trial that is consolidated with my Motion for Permanent Injunction (Doc. No. 458) is ready for a decision.

Date: September 02, 2021

Plaintiff Pro Se. Ms. Tatyana Drevaleva

Signature: *Tatyana E. Drevaleva*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Tatyana Evgenievna Drevaleva

    *Plaintiff*                                       Case No. 1:21-cv-00761-LF

          v.

1) The U.S. Department of Veterans Affairs

2) Mr. Denis Richard McDonough as a Secretary of

   the U.S. Department of Veterans Affairs

    *Defendants*

**SECOND PROPOSED ORDER.**

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion for an Expedited Jury Trial is **GRANTED.**

A Jury Trial with a reduced Panel of six Jurors is scheduled on_____

The factual issue that six Jurors will try is: whether or not Assistant Manager Mr. Phil Johnson and Manager Ms. Carla Dunkelberger conspired with each other in order to fire Plaintiff Tatyana Drevaleva for requesting a time off to go to Russia to refill a prescription of Plaintiff's hormonal pills and to perform an In-Vitro Fertilization (IVF) procedure.

These six Jurors will also decide on Plaintiff's Motion for Permanent Injunction in a form of getting reinstated back to work at any VAMC and being awarded with a full amount of lost salary and benefits as a result of discrimination and unlawful termination of Plaintiff's employment from the New Mexico VA health Care System in 2017.

As an alternative, a Court trial is scheduled on the issue of the Permanent Injunction, see the N.M. R. Civ. P. Dist. Ct. 1-039 (A.)

As an alternative, an Advisory Jury will decide on the issue of the Permanent Injunction, see the N.M. R. Civ. P. Dist. Ct. 1-039 (B.)

Regardless of the six Juror Trial, the Plaintiff **IS AWARDED** with permanent injunction. Defendants the U.S. Department of Veterans affairs and Mr. Denis Richard McDonough are **ORDERED** to reinstate Plaintiff back to her work at any VAMC and to award Plaintiff with a full amount of her lost salary and benefits.

Plaintiff preserves the right to demand the second twelve Juror Trial.

**IT IS SO ORDERED.**

_____   _____

Date:   The Chief District Judge the Honorable William Paul Johnson