**Ashley Kittrell**

| | |
|---|---|
| **From:** | Tatyana Drevaleva <tdrevaleva@gmail.com> |
| **Sent:** | Monday, September 13, 2021 1:15 PM |
| **To:** | NMDdb_Proposed Text Johnson; Lyman, Christine (USANM) |
| **Subject:** | Case No. 1:21-cv-00761-WJ-JFR. |

<mark>CAUTION - EXTERNAL:</mark>

To the Chief District Judge Mr. William P. Johnson.

Please, give me a time frame when you are finally going to rule on my Motion for Permission for Electronic Case Filing, on my Motion to Appoint a Counsel, and on my Motion for an expedited Jury Trial that is consolidated with a hearing of my Motion for Permanent Injunction.

If I don't hear from you until the end of this week, I will file a Motion to Disqualify you from judging my lawsuit No. 1:21-cv-00761-WJ-JFR, and I will file a Petition for Writ of Mandate with the 10th Circuit to compel you to rule on my Motion for Permission for Electronic Case Filing, my Motion to Appoint a Counsel, and on my Motion for an Expedited Jury Trial that is consolidated with a hearing of my Motion for Permanent Injunction.

Plaintiff Pro Se Tatyana Drevaleva.

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>