IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
SEP 17 2021
MITCHELL R. ELFERS
CLERK

Tatyana Evgenievna Drevaleva

*Plaintiff*

Case No. 1:21-cv-00761-LF

v.

1) The U.S. Department of Veterans Affairs

2) Mr. Denis Richard McDonough as a Secretary of

the U.S. Department of Veterans Affairs

*Defendants*

**Notice of Completion, the Civil Local Rules of the U.S. District Court for the District of New Mexico, Rule 7.4(e.)**

My FIRST MOTION TO DISQUALIFY ASSISTANT U.S. ATTORNEY MS. CHRISTINE LYMAN FROM FALSELY REPRESENTING DEFENDANTS THE U.S. DEPARTMENT OF VETERANS AFFAIRS AND MR. DENIS McDONOUGH IN THE LAWSUIT No. 1:21-cv-00761-WJ-JFR (Doc. No. 484) is ready for a decision.

Date: September 13, 2021

Plaintiff Pro Se. Ms. Tatyana Drevaleva

Signature: *Tatyana E. Drevaleva*