# PROOF OF SERVICE.

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 27 2021

MITCHELL R. ELFERS
CLERK

At the time of the service, I am over 18 yo and not a Party in this action.

My address is:

225 Hyde St., Apt. 603, San Francisco, CA, 94102

On September 23, 2021, I mailed the following documents:

1) The September 18, 2021 Order of the Hon. Judge John Robbenhaar in the lawsuit No. 1:21-cv-00761-WJ-JFR
2) Plaintiff Tatyana Drevaleva's Letter to Mr. William Alsup
3) Joint Status report and Provisional Discovery Plan

to the following address:

Mr. William Haskell Alsup

The U.S. District Court for the Northern District of California

San Francisco Courthouse, Courtroom 12 – 19th Floor

450 Golden Gate Avenue, San Francisco, CA 94102

I declare under the penalty of perjury and under the Federal laws that all foregoing is true and correct. Executed at San Francisco, CA on September 23, 2021.

Mr. Mark Sklar

_____        _____
Name                             Signature


Date: September 23, 2021.

To Mr. William Haskell Alsup

The District Judge of the U.S. District Court for the Northern District of California

San Francisco Courthouse, Courtroom 12 – 19th Floor

450 Golden Gate Avenue, San Francisco, CA 94102

From Plaintiff in the lawsuit No. 1:21-cv-00761-WJ-JFR

Tatyana Evgenievna Drevaleva

3015 Clement St., Apt. 204, San Francisco, CA, 94121

415-954-2116; tdrevaleva@gmail.com

Date: September 20, 2021.

Mr. Alsup,

You were named a Defendant in the lawsuits No. 3:21-cv-05348-CRB and 4:21-cv-00684-HSG that are pending at the U.S. District Court for the Northern District of California. You were informally informed via email about my pleadings in the lawsuit No. 3:21-cv-05348-CRB. You were served with my First Amended Complaint No. 4:21-cv-00684-HSG.

As you know, you judged my lawsuit No. 3:18-cv-03748-WHA (current 1:21-cv-00761-WJ-JFR that is pending at the U.S. District Court for the District of New Mexico.)

You also judged my other lawsuits No. 4:19-cv-01454-HSG, 4:19-cv-02665-HSG, 4:19-cv-05927-HSG, and 4:20-cv-00820-HSG that are currently pending at the U.S. District Court for the Northern District of California.

Also, I am planning to file the Third Amended Complaint No. 1:21-cv-00761-WJ-JFR, and I am planning to name you a Defendant.

On September 17, 2021, the United States Magistrate Judge the Hon. John Robbenhaar issued an Order in case No. 1:21-cv-00761-WJ-JFR that directed you and me to meet and confer **in person or over the phone** (page 2, Footnote 2, "Absent exceptional circumstances, parties should converse in person or telephonically") **no later than Thursday, October 14, 2021** for the following purposes pursuant to the Fed. R. Civ. P. 26(f):

1) To identify the nature of my claims and your defenses in all my lawsuits that I filed and I am planning to file against you
2) To discuss the possibility of a prompt resolution or settlement

3) To formulate a provisional discovery plan.

Also, you and I shall file a Joint Status Report and Provisional Discovery Plan ("JSR") **no later than Monday, October 25, 2021** using a template that is available on the web-site of the U.S. District Court for the District of New Mexico www.nmd.uscourts.gov

I am enclosing a copy of the Hon. Judge John Robbenhaar's September 17, 2021 Order and a template of the Joint Status Report and Provisional Discovery Plan ("JSR") for your attention.

I am respectfully asking you, please, to email me as soon as possible using my email address tdrevaleva@gmail.com and to provide me with a date and a time when you are available to meet with me in person or over the phone. I am respectfully asking you to meet with me **yourself** and not through your lawyer. I want to hear **your own** explanations, not your lawyer's explanations.

Please, provide me with your phone number and with your email address. After you give me the date and the time when you are available to meet with me, and after you give me your email address, I will email you the list of my claims that I raised and that I will raise in the future against you in the Court, and you will provide me with a list of your defenses.

Also, I will provide you with my provisional Discovery plan, and you will provide me with yours.

The Initial Scheduling Conference in case No. 1:21-cv-00761-WJ-JFR at the U.S. District Court for the District of New Mexico will be held telephonically on **Thursday, November 4, 2021, at 10:00 a.m.** Please, familiarize yourself with the details about how to attend the Conference using the information that is written in the September 17, 2021 Order of the Hon. Judge John Robbenhaar. If you will be located in another State on the date of the Conference, please, take into your consideration the time difference between the State of New Mexico and the State from which you will appear at the Conference.

I will meet and confer with you with a pure intention to present my point of view to you and to understand your point of view. I hope you will meet and confer with me with the same pure intention to informally resolve our dispute before presenting this dispute to the attention of the District Court.

Respectfully,

*Tatyana Drevaleva* /t/

Tatyana Drevaleva.