# PROOF OF SERVICE.

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 27 2021

MITCHELL R. ELFERS
CLERK

At the time of the service, I am over 18 yo and not a Party in this action.

My address is:

   225 Hyde St., Apt. 603, San Francisco, CA, 94102

On September 23, 2021, I mailed the following documents:

1) The September 18, 2021 Order of the Hon. Judge John Robbenhaar in the lawsuit No. 1:21-cv-00761-WJ-JFR
2) Plaintiff Tatyana Drevaleva's Letter to Dr. Tina Prince
3) Joint Status report and Provisional Discovery Plan

to the following address:

   Dr. Tina Prince

   The New Mexico VA Health Care System

   1501 San Pedro Dr SE, Albuquerque, NM 87108

I declare under the penalty of perjury and under the Federal laws that all foregoing is true and correct. Executed at San Francisco, CA on September 23, 2021.

Mr. Mark Sklar

_____        _____
Name                                Signature

Date: September 23, 2021.

To Dr. Tina Prince

Associate Director of Nursing Services of the New Mexico VA Health Care System

1501 San Pedro Dr SE, Albuquerque, NM 87108

From Plaintiff in the lawsuit No. 1:21-cv-00761-WJ-JFR

Tatyana Evgenievna Drevaleva

3015 Clement St., Apt. 204, San Francisco, CA, 94121

415-954-2116; tdrevaleva@gmail.com

Date: September 20, 2021.

Dr. Prince,

As you know, you approved the discrimination and unlawful termination of my employment from the Raymond G. Murphy VAMC in 2017. You authorized the VAMC to fire me at the time when I was in Russia undergoing a complete medical examination and getting prepared to an actual In-Vitro Fertilization (IVF) procedure. You allowed the VAMC to fire me without giving me a Notice and an opportunity to be heard in violation of multiple Federal laws, the internal policies of the VAMC, and the provisions of the Collective Bargaining Agreement. At the same time when you authorized the VAMC to fire me, you authorized the VAMC to hire two substantially younger male employees Mr. David Williams and Mr. David Trujillo to substitute my employment. On June 12, 2017, Ms. Carla Dunkelberger hired Mr. David Williams for a full time job as a Medical Instrument Technician Electrocardiograph.

As you know, I filed a lawsuit No. 4:18-cv-03748-HSG at the District Court for the Northern District of California after the discrimination and unlawful termination of my full time employment at the Raymond G. Murphy VAMC. On August 13, 2021, this lawsuit was transferred to the U.S. District Court for the Northern District of California, and it got a number 1:21-cv-00761-WJ-JFR.

I am planning to file the Third Amended Complaint in the lawsuit No. 1:21-cv-00761-WJ-JFR, and I am going to name you a Defendant in this lawsuit.

On September 17, 2021, the United States Magistrate Judge the Hon. John Robbenhaar issued an Order in case No. 1:21-cv-00761-WJ-JFR that directed you and me to meet and confer **in person or over the phone** (page 2, Footnote 2, "Absent exceptional circumstances, parties should converse in person or telephonically") **no later than Thursday, October 14, 2021** for the following purposes pursuant to the Fed. R. Civ. P. 26(f):

1) To identify the nature of my claims and your defenses in all my lawsuits that I filed and I am planning to file against you

2) To discuss the possibility of a prompt resolution or settlement
3) To formulate a provisional discovery plan.

Also, you and I shall file a Joint Status Report and Provisional Discovery Plan ("JSR") **no later than Monday, October 25, 2021** using a template that is available on the web-site of the U.S. District Court for the District of New Mexico www.nmd.uscourts.gov

I am enclosing a copy of the Hon. Judge John Robbenhaar's September 17, 2021 Order and a template of the Joint Status Report and Provisional Discovery Plan ("JSR") for your attention.

I am respectfully asking you, please, to email me as soon as possible using my email address tdrevaleva@gmail.com and to provide me with a date and a time when you are available to meet with me in person or over the phone. I am respectfully asking you to meet with me **yourself** and not through your lawyer. I want to hear **your own** explanations, not your lawyer's explanations.

Please, provide me with your phone number and with your email address. After you give me the date and the time when you are available to meet with me, and after you give me your email address, I will email you the list of my claims that I will raise in the future against you in the Court, and you will provide me with a list of your defenses.

Also, I will provide you with my provisional Discovery plan, and you will provide me with yours.

The Initial Scheduling Conference in case No. 1:21-cv-00761-WJ-JFR at the U.S. District Court for the District of New Mexico will be held telephonically on **Thursday, November 4, 2021, at 10:00 a.m.** Please, familiarize yourself with the details about how to attend the Conference using the information that is written in the September 17, 2021 Order of the Hon. Judge John Robbenhaar. If you will be located in another State on the date of the Conference, please, take into your consideration the time difference between the State of New Mexico and the State from which you will appear at the Conference.

I will meet and confer with you with a pure intention to present my point of view to you and to understand your point of view. I hope you will meet and confer with me with the same pure intention to informally resolve our dispute before presenting this dispute to the attention of the District Court.

Respectfully,

*Tatyana Drevaleva /t/t*

Tatyana Drevaleva.