# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**TATYANA EVGENIEVNA DREVALEVA,**

    **Plaintiff,**

    vs.                        No. 21-cv-761 WJ-JFR

**UNITED STATES DEPARTMENT OF**
**VETERANS AFFAIRS, ET AL.**

    **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October 2021, I caused a true and correct copy of Defendant's Initial Disclosures, along with a copy of the Certificate of Service, to be served by mail on the following:

Plaintiff Tatyana Evgenievna Drevaleva
pro se
3015 Clement St., Apt. 204
San Francisco, CA 94121

                                             Respectfully submitted,

                                             FRED J. FEDERICI
                                             Acting United States Attorney

                                             */s/ Christine H. Lyman 10/14/2021*
                                             CHRISTINE H. LYMAN
                                             Assistant United States Attorney
                                             P.O. Box 607
                                             Albuquerque, New Mexico 87103
                                             (505) 224-1532; Fax: (505) 346-7205
                                             Christine.Lyman@usdoj.gov