# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

TATYANA EVGENIEVNA DREVALEVA,

      Plaintiff,

vs.                                                                                   No. 21-cv-761 WJ-JFR

UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS, et al.,

      Defendants.

## RULE 58 JUDGMENT

THIS MATTER came before the Court *sua sponte.*  Pursuant to the findings and

conclusions set forth in the Memorandum Opinion and Order which accompanies this Rule

58 Judgment; document number 526;

**IT IS THEREFORE ORDERED** and **ADJUDGED** that all Plaintiff's pending claims

in this lawsuit are hereby **DISMISSED WITH PREJUDICE** and in their entirety.

WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE