Case 1:21-cv-00761-WJ-JFR   Document 532   Filed 11/10/21   Page 1 of 2

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 10 2021

MITCHELL R. ELFERS
CLERK

Official Form 417A (12/18)

The U.S. District Court for the District of New Mexico

[Caption as in Form 416A, 416B, or 416D, as appropriate]

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

Case No. 1:21-cv-00761-WJ-JFR  Drevaleva v.
1) The U.S. Department of VA
2) Secretary Mc Donough

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Tatyana Evgenievna Drevaleva

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☒ Plaintiff
☐ Defendant
☐ Other (describe) _____

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☐ Creditor
☐ Trustee
☐ Other (describe) _____

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: September 14, 2021, Doc. No. 491

2. State the date on which the judgment, order, or decree was entered: September 14, 2021

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Tatyana Drevaleva    Attorney: Pro Se
   3015 Clement St, Apt. 204
   San Francisco, CA 94121
   415-750-1071

2. Party:    Attorney: Assistant U.S. Attorney
   1) The U.S. Department of Veterans Affairs
   2) Secretary Mr. Denis Richard Mc Donough
   Ms. Christine Lyman
   Office of the U.S. Attorney for the District of New Mexico
   P.O. Box 607
   Albuquerque, NM, 87103

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_Tatyana Drevaleva p/t_  Date: _November 08, 2021_
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
_Tatyana Evgenierna Drevaleva_
_3015 Clement St., Apt 204_
_San Francisco, CA, 94121_

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[Note to inmate filers: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]