**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**November 15, 2021**

**Christopher M. Wolpert**
**Clerk of Court**

---

TATYANA EVGENIEVNA
DREVALEVA,

    Plaintiff - Appellant,

v.

UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS, et al.,

    Defendants - Appellees.

No. 21-2139
(D.C. No. 1:21-CV-00761-WJ-JFR)
(D. N.M.)

---

### ORDER

---

This matter is before the court *sua sponte* following the opening of this appeal. A review of the district court docket reveals a pending "motion for altering or amending judgment" filed within 28 days after entry of the judgment being appealed. *See* Doc. No. 530. As a result, the notice of appeal will not become effective until the district court enters an order disposing of the motion. *See* Fed. R. App. P. 4(a)(4)(B).

Accordingly, this appeal is ABATED. When the dispositive order is entered by the district court, the clerk of the district court is directed to supplement the preliminary record in accordance with 10th Cir. R. 3.2(B).

Notwithstanding abatement, the deadlines for filing the preliminary documents remain in effect.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

By: Olenka M. George
     Counsel to the Clerk