FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 16 2021

MITCHELL R. ELFERS
CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

Tatyana Evgenievna Drevaleva

*Plaintiff*

Case No. 1:21-cv-00761-WPJ

v.

1) The U.S. Department of Veterans Affairs

2) Mr. Denis Richard McDonough as a Secretary of

the U.S. Department of Veterans Affairs

*Defendants*

# NOTICE OF COMPLETION OF BRIEFING OF MY FIRST MOTION FOR AMENDED OR ADDITIONAL FINDINGS. FIRST MOTION TO AMEND THE JUDGMENT, THE F.R.C.P. RULE 52(b),

# THE CIV. LOC. RULES OF THE U.S. DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO, RULE 7.4(e.)

On November 11-12, 2021, Plaintiff Tatyana Drevaleva met and conferred via email with Assistant U.S. Attorney Ms. Christine Lyman, and she notified me that she did not intend to file any supplement in support to her Opposition to my First Motion to Amend the Judgment pursuant to the F.R.C.P. Rule 52(b.)

Therefore, pursuant to the Civ. Loc. Rules of the U.S. District Court for the District of New Mexico, Rule 7.4(a), I am notifying the Court that the briefing of this Motion is complete, and this Motion is ready for the decision of the Court.

I am asking the Court to rule on my Motion, see Doc. No. 528 and 529, also see my Reply to the Opposition (Doc. No. is unknown because I mailed this reply on November 11, 2021.)

I declare under the penalty of perjury, under the Federal laws, under the laws of the State of California, and under the laws of the State of New Mexico that all foregoing is true and correct. Executed at San Francisco, CA on November 13, 2021.

Respectfully submitted,

s/ Tatyana Drevaleva

Plaintiff Pro Se

November 13, 2021.

## PROOF OF SERVICE.

I am Tatyana Drevaleva, and I am a Pro Se Plaintiff in case No. **1:21-cv-00761-WJ-JFR**.

On November 13, 2021, I served Assistant U.S. Attorney for the Office of the U.S. Attorney for the District of New Mexico Ms. Christine Lyman electronically with the following document (case No. **1:21-cv-00761-WPJ**) pursuant to the California Senate Bill No. 1146 that mandates the represented Parties to accept the electronic service during the COVID-19 pandemy:

> NOTICE OF COMPLETION OF BRIEFING OF MY FIRST MOTION FOR AMENDED OR ADDITIONAL FINDINGS. FIRST MOTION TO AMEND THE JUDGMENT, THE F.R.C.P. RULE 52(b),
>
> THE CIV. LOC. RULES OF THE U.S. DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO, RULE 7.4(e.)

On November 13, 2021, I emailed the mentioned above document from my email address tdrevaleva@gmail.com to Ms. Lyman's email address Christine.Lyman@usdoj.gov

I declare under the penalty of perjury and under the Federal laws that all foregoing is true and correct. Executed at San Francisco, CA on November 13, 2021.

Respectfully submitted,

s/ Tatyana Drevaleva

Plaintiff Pro Se

Date: November 13, 2021.