UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

December 10, 2021

Tatyana Evgenievna Drevaleva  
3015 Clement Street, Apartment 204  
San Francisco, CA 94121

**RE:** 21-2148, In re: Drevaleva  
Dist/Ag docket: 1:21-CV-00761-WJ-JFR

Dear Petitioner:

Your petition for writ of mandamus has been docketed but will not be submitted to the court until the docket fee has been paid or you have filed a motion for leave to proceed without prepayment of fees and costs. *See* Fed. R. App. P. 21(a)(3) and 10th Cir. R. 21.1. Within 30 days of the date of this notice, you must either pay the $500.00 docket fee to the clerk or file a motion for leave to proceed without prepayment of fees on the enclosed form. If the fee is not paid or the form is not filed, this proceeding may be dismissed without further notice. *See* 10th Cir. R. 3.3(B).

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert  
Clerk of Court

cc: Christine H. Lyman

CMW/na