FILED
United States Court of Appeals
Tenth Circuit

January 13, 2022

Christopher M. Wolpert
Clerk of Court

## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

_____

In re: TATYANA EVGENIEVNA DREVALEVA,

　　　　Petitioner.

No. 21-2148
(D.C. No. 1:21-CV-00761-WJ-JFR)
(D. N.M.)

_____

### ORDER

_____

Before **HOLMES**, **MORITZ**, and **EID**, Circuit Judges.
_____

This matter comes before the court on Petitioner's "Verified Petition for Writ of Mandamus to Compel the U.S. District Court for the District of New Mexico to Vacate its November 02, 2021 Judgment" in the underlying employment discrimination suit ("Petition").

"[A] writ of mandamus is a drastic remedy, and is to be invoked only in extraordinary circumstances." *In re Cooper Tire & Rubber Co.*, 568 F.3d 1180, 1186 (10th Cir. 2009) (internal quotation marks omitted). "Three conditions must be met before a writ of mandamus may issue. First, . . . the party seeking issuance of the writ must have no other adequate means to attain the relief [s]he desires. Second, the petitioner must demonstrate that h[er] right to the writ is clear and indisputable. Finally, the issuing court, in the exercise of its discretion, must be satisfied that the writ is appropriate under the circumstances." *Id.* at 1187 (citations and internal quotation marks

omitted).  Petitioner has not made the required showing, and a writ is not appropriate under the circumstances presented here.

We deny the Petition, and because Petitioner has presented no reasoned, nonfrivolous argument on the law and facts in support of the Petition, we also deny her motion for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  See *DeBardeleben v. Quinlan*, 937 F.2d 502, 505 (10th Cir. 1991).

        Entered for the Court

        CHRISTOPHER M. WOLPERT, Clerk

UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

January 13, 2022

Tatyana Evgenievna Drevaleva
251 Magellan Avenue
San Francisco, CA 94116

**RE:** 21-2148, In re: Drevaleva, et al
Dist/Ag docket: 1:21-CV-00761-WJ-JFR

Dear Ms. Drevaleva:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   Christine H. Lyman

CMW/na