**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**January 13, 2022**

**Christopher M. Wolpert**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

| In re: TATYANA EVGENIEVNA | No. 21-2150 |
| DREVALEVA, | (D.C. No. 1:21-CV-00761-WJ-JFR) |
| Petitioner. | (D. N.M.) |

_____

### ORDER
_____

Before **HOLMES**, **MORITZ**, and **EID**, Circuit Judges.
_____

This matter comes before the court on Petitioner's "Verified Ap[p]lication for an

Extraordinary Writ" asking this court to vacate or overrule our prior decisions in

unrelated cases and to order the district court to vacate rulings it entered in her underlying

employment discrimination lawsuit ("Petition").

We deny Petitioner's request that we vacate or overrule our prior decisions in

unrelated cases.

We construe the portion of the Petition regarding district court orders entered in

the underlying litigation as a petition for writ of mandamus. "[A] writ of mandamus is a

drastic remedy, and is to be invoked only in extraordinary circumstances." *In re Cooper

Tire & Rubber Co.*, 568 F.3d 1180, 1186 (10th Cir. 2009) (internal quotation marks

omitted). "Three conditions must be met before a writ of mandamus may issue. First,

. . . the party seeking issuance of the writ must have no other adequate means to attain the

relief [s]he desires. Second, the petitioner must demonstrate that h[er] right to the writ is

clear and indisputable.  Finally, the issuing court, in the exercise of its discretion, must be satisfied that the writ is appropriate under the circumstances." *Id.* at 1187 (citations and internal quotation marks omitted).  Petitioner has not made the required showing, and a writ is not appropriate under the circumstances presented here.

We deny the Petition, and because Petitioner has presented no reasoned, nonfrivolous argument on the law and facts in support of the Petition, we also deny her motion for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  *See DeBardeleben v. Quinlan*, 937 F.2d 502, 505 (10th Cir. 1991).

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk

UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

January 13, 2022

Tatyana Evgenievna Drevaleva
251 Magellan Avenue
San Francisco, CA 94116

**RE:**  **21-2150, In re: Drevaleva**
Dist/Ag docket: 1:21-CV-00761-WJ-JFR

Dear Ms. Drevaleva:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:      Christine H. Lyman

CMW/na