FILED
United States Court of Appeals
Tenth Circuit

January 13, 2022

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

---

In re: TATYANA EVGENIEVNA DREVALEVA,

Petitioner.

No. 21-2149
(D.C. No. 1:21-CV-00761-WJ-JFR)
(D. N.M.)

---

## ORDER

---

Before **HOLMES**, **MORITZ**, and **EID**, Circuit Judges.

---

This matter comes before the court on Petitioner's "Verified Petition for Writ of Mandate to Enjoin Chief District Judge Mr. William Johnson from Fraud," which also asks this court to vacate or overrule our prior decisions in unrelated cases ("Petition").

We deny Petitioner's request that we vacate or overrule our prior decisions in unrelated cases.

"[A] writ of mandamus is a drastic remedy, and is to be invoked only in extraordinary circumstances." *In re Cooper Tire & Rubber Co.*, 568 F.3d 1180, 1186 (10th Cir. 2009) (internal quotation marks omitted). "Three conditions must be met before a writ of mandamus may issue. First, . . . the party seeking issuance of the writ must have no other adequate means to attain the relief [s]he desires. Second, the petitioner must demonstrate that h[er] right to the writ is clear and indisputable. Finally, the issuing court, in the exercise of its discretion, must be satisfied that the writ is appropriate under the circumstances." *Id.* at 1187 (citations and internal quotation marks

omitted). Petitioner has not made the required showing, and a writ is not appropriate under the circumstances presented here.

We deny the Petition, and because Petitioner has presented no reasoned, nonfrivolous argument on the law and facts in support of the Petition, we also deny her motion for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. *See DeBardeleben v. Quinlan*, 937 F.2d 502, 505 (10th Cir. 1991).

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk